# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF<br>    v.<br>Jeffrey Andrew Bergeron<br><br>                            DEFENDANT(S). | CASE NUMBER<br><br>5:13-MJ-00070<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday, February 20, 2013</u>, _____, at <u>1:30</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4 - 3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:   2-15-13

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge    *K. Carter*